```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACE CUNNINGHAM,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant. | CIVIL NO.  05-03263 RMW<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on January 11, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on February 10, 2006.

///

///

///

///

///

///

---

[1] See attached Declaration of Dennis Hanna.

1   This is defendant's first request.

2

3

4

5   Dated: January 4, 2006                    /s/
                                         TERRY LAPORTE
6                                        Attorney for Plaintiff

7
                                         KEVIN V. RYAN
8                                        United States Attorney

9

10

11

12  Dated: January 4, 2006        By:       /s/
                                         SARA WINSLOW
13                                       Assistant United States Attorney

14
    PURSUANT TO STIPULATION, IT IS SO ORDERED:
15

16

17

18

19  Dated:  1/21/06                      /s/ Ronald M. Whyte
                                         RONALD M. WHYTE
20                                       United States District Judge

21

22

23

24

25

26

27

28

CUNNINGHAM, EXT.MXSJ (dh)
C 05-03263 RMW                           2

KEVIN V. RYAN
United States Attorney
JOANN M. SWANSON
Assistant United States Attorney
Acting Chief, Civil Division
SARA WINSLOW
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACE CUNNINGHAM,<br><br>            Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>            Defendant. | CIVIL NO. C-05-03263 RMW<br><br>DECLARATION IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |

I, Dennis J. Hanna, declare and state as follows:

    1.    I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX.

    2.    I am requesting a 30-day extension for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment in order to provide further opportunity for review and analysis of this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California on January 4, 2006.

                    By        /s/
                            Dennis J. Hanna
                            Assistant Regional Counsel