| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, SBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/26/06*

| | |
|---|---|
| GRACE CUNNINGHAM, | ) |
| Plaintiff, | ) CIVIL NO.  05-03263 RMW |
| v. | ) STIPULATION AND ORDER OF REMAND |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the defendant Commissioner pursuant to sentence four of 42 U.S.C. Section 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) who will be directed to further consider the medical evidence and reconsider whether Plaintiff's alleged mental impairment is severe.  The ALJ will obtain additional evidence to clarify the consultative psychiatrist's opinion that, "It is unclear if in fact [the Plaintiff's] mood is currently stable or if in fact she still does go through some cycling" as a result of Bipolar I disorder (Ex. 9F, page 2).  The ALJ will also evaluate Plaintiff's subjective complaints in accordance with the

///

1 | regulations and SSR 96-7p.
2 | .

6 | Dated: January 13, 2006

/s/
TERRY LAPORTE
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

13 | Dated: January 19, 2006           By:      /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

Dated: 1/26/06                                  /S/ RONALD M. WHYTE
                                                RONALD M. WHYTE
                                                United States District Judge

CUNNINGHAM, S4 (djh)
C  05-03263  RMW                    2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACE CUNNINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 05-03263 RMW<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein. This constitutes a final judgment under Fed.R.Civ.Proc. 58.

Dated: __1/26/06_____           /S/ RONALD M. WHYTE
                                                                                     RONALD M. WHYTE
                                                                                      United States District Judge