1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7260
     Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION          *E-FILED - 3/17/06*
   GRACE CUNNINGHAM,            )
12                              )
          Plaintiff,            )   CIVIL NO.  05-03263 RMW
13                              )
          v.                    )   STIPULATION AND ORDER
14                              )   APPROVING COMPROMISE
   JO ANNE B. BARNHART,         )   SETTLEMENT OF ATTORNEY
15 Commissioner of Social Security, )  FEES PURSUANT TO THE EQUAL
                                )   ACCESS TO JUSTICE ACT
16        Defendant.            )
   _____ )
17

18        The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with

19  defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

20  counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

21        1.  Defendant shall pay TWO THOUSAND ONE HUNDRED THIRTY FIVE DOLLARS

22  ($2,135.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this

23  court action.  The check is to be payable to plaintiff's counsel:

                        TERRY LAPORTE
24            125 SOUTH MARKET ST., SUITE 1075
                     SAN JOSE, CA 95113
25            (408) 293-8810; FAX (408) 292-7673
                    tlaporte@ix.netcom.com
26
          2.  This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not
27
   constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice
28

1   Act.

2          3.  Payment of the TWO THOUSAND ONE HUNDRED THIRTY FIVE DOLLARS

3   ($2,135.00) EAJA fees incurred in this court action, will constitute a complete release from and bar

4   to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees or

5   costs pursuant to the EAJA as a result of this court action.

6

7

8

    Dated: March 1, 2006                          /s/
9                                           TERRY LAPORTE
                                            Attorney for Plaintiff

10

11                                          KEVIN V. RYAN
                                            United States Attorney

12

13

14

    Dated: March 1, 2006              By:        /s/
15                                          SARA WINSLOW
                                            Assistant United States Attorney

16

17   PURSUANT TO STIPULATION, IT IS SO ORDERED:

18

19

20

21   Dated:  3/14/06                        /s/ Ronald M. Whyte
                                            RONALD M. WHYTE
22                                          United States District Judge

23

24

25

26

27

28